

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2142-W |
| Plaintiff, | INFORMATION |
| v. | Title 18, U.S.C., Sec. 1542 – False Statement in Application and Use of a United States Passport (Felony) |
| MARCO A. JUAREZ-HERRERA, | |
| Defendant. | |

The United States Attorney charges:

On or about June 1, 2008, within the Southern District of California, defendant MARCO A. JUAREZ-HERRERA, did willfully and knowingly use passport No. 037529863, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that MARCO A. JUAREZ-HERRERA was "Francisco Rico Javier," a United States citizen, which said passport the defendant used to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1542.

DATED: June 26, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

CALEB E. MASON
Assistant U.S. Attorney