AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARCO A. JUAREZ-HERRERA | |

CASE NUMBER: 08CR2142-W

I, MARCO A. JUAREZ-HERRERA, the above named defendant, who is accused of

Title 18, U.S.C., Sec. 1542 - False Statement in Application and Use of a United States Passport

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MARCO A. JUAREZ-HERRERA
Defendant

_____
ERICK L. GUZMAN
Counsel for Defendant

Before _____
JUDICIAL OFFICER


FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY